# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROOK & WHITTLE LIMITED, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OXIGEN BEVERAGES, INC., a Nevada corporation, <br><br> Defendant. | Case No. 2:21-cv-03377-FWS <br><br> *[Assigned to the Hon. Fred W. Slaughter]* <br><br> **JUDGMENT** |

Plaintiff Brook & Whittle Limited and Defendant Oxigen Beverages, Inc. entered into a Stipulation for Entry of Judgment ("Stipulation"). After consideration of the Stipulation and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff Brook & Whittle Limited and against Defendant Oxigen Beverages, Inc., in the amount of $281,347.70, plus interest thereon at the legal rate.

Date: September 22, 2022

_____
The Honorable Fred W. Slaughter
United States District Court Judge

161090.00601/129633458v.1

**JUDGMENT**